IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KNIGHT'S MARINE & INDUSTRIAL SERVICES, INC.** | § § § | **PLAINTIFF** |
| **v.** | § § | **Civil Action No. 1:05-CV-185LG-JMR** |
| **STEVE LEE, ET AL.** | § § | **DEFENDANTS** |

### ORDER REMANDING CASE TO THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

On September 15, 2006, a hearing was conducted on the Plaintiff's Motion to Remand, wherein the Court heard from the parties and considered additional evidence. After consideration of the pleadings on file, arguments of counsel and for the reasons stated more fully in the record, the Court finds that the Plaintiff's Motion is well-taken and should be granted and the above captioned cause should be remanded. Accordingly,

**IT IS ORDERED AND ADJUDGED** that the above captioned cause is hereby remanded to the Circuit Court of Jackson County, Mississippi.

**IT IS FURTHER ORDERED AND ADJUDGED** that the remand should remain in abeyance for a period of thirty [30] days to permit the parties to file letter briefs on the issue of the Court's jurisdiction over the compulsory counterclaim filed by Liberty Mutual.

**SO ORDERED AND ADJUDGED** this the 17th day of September, 2006.

> s/ *Louis Guirola, Jr.*
> LOUIS GUIROLA, JR.
> UNITED STATES DISTRICT JUDGE